THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEWIS PARKER WALKER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-57 (MTT) |
| CLERK SHEILA H. PERRY, *et al.*, | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 10). The Court initially granted the Plaintiff's Motion to Proceed In Forma Pauperis, but dismissed the Plaintiff's Complaint for failure to state a claim upon which relief could be granted. (Doc. 5). The Court subsequently denied the Plaintiff's Motions to Amend his Complaint and for Reconsideration. (Doc. 7). The Plaintiff now seeks to appeal the Court's Order dismissing his complaint.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." For the reasons set forth in the Court's Order dismissing the Plaintiff's Complaint, in the Court's best judgment, an appeal from that order cannot be taken in good faith. Accordingly, the Plaintiff's Motion for Leave to Appeal In Forma Pauperis is **DENIED**.

**SO ORDERED**, this 18th day of April, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT